CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
nconnon@connonwood.com
ROBERT A. de BY, admitted Pro Hac Vice
rdeby@connonwood.com
EDWARD S. PAK, State Bar No. 271853
epak@connonwood.com
35 East Union Street, Suite C
Pasadena, California  91103
Telephone:    (626) 638-1750
Facsimile:      (626) 792-9304

Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II, State Bar No. 162279
tbrackey@freundandbrackey.com
CRAIG A. HUBER, State Bar No. 159763
cahuber@freundandbrackey.com
STEPHEN P. CRUMP, State Bar No. 251712
scrump@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (310) 247-2165
Facsimile:      (310) 247-2190

Attorneys for Defendant Margaret Goodman Reid

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 <br><br> Defendants. | CASE NO. 11-cv-01817 SC <br><br> [*Assigned to the Honorable Samuel Conti*] <br><br> [~~PROPOSED~~] **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** <br><br> JUDGE: Hon. Samuel Conti |

364.01

1 | The parties to the above-entitled action having agreed to continue the Case Management
2 | Conference currently set for July 22, 2011 at 10:00 a.m., as described in the Joint Stipulation to
3 | Continue the Case Management Conference.
4 | PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management
5 | Conference is continued to August 26, 2011 at 10:00 a.m., before the Honorable Judge Samuel Conti.

7 | DATED: June 17, 2011

_____
Judge Samuel Conti

IT IS SO ORDERED
[signature]
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

364.01
-2-
ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE – 11-cv-01817 SC