CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
nconnon@connonwood.com
ROBERT A. de BY, admitted Pro Hac Vice
rdeby@connonwood.com
EDWARD S. PAK, State Bar No. 271853
epak@connonwood.com
35 East Union Street, Suite C
Pasadena, California  91103
Telephone:     (626) 638-1750
Facsimile:      (626) 792-9304

Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | [*Assigned to the Honorable Samuel Conti*] |
| vs. | **AMENDMENT TO COMPLAINT TO SUBSTITUTE TRUE NAME FOR DEFENDANT DOE 1** |
| MARGARET GOODMAN REID, MICHAEL McGREGOR (a/k/a MICHAEL KOSKIE), AND JOHN/JANE DOES 1-10, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Guards Polo Club Holdings Ltd., being unaware of the true name of the defendant and having designated the defendant in the Complaint by the fictitious name of DOE 1 and having discovered the true name of the defendant to be MICHAEL KOSKIE, an individual believed to be residing in Marin County, California, hereby amends the Complaint filed in this action by substituting MICHAEL KOSKIE, the true name for DOE 1 referred in the Complaint, wherever DOE 1 appears in the Complaint.

///

///

///

1  DATED: August 31, 2011            CONNON WOOD SCHEIDEMANTLE LLP

2

3
                                     By:    /s/ Edward S. Pak
4                                           NICHOLAS P. CONNON
                                            ROBERT A. de BY
5                                           EDWARD S. PAK
                                            Attorneys for Plaintiff Guards Polo Club Holdings
6                                           Ltd.

7

8

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
AMENDMENT TO COMPLAINT TO SUBSTITUTE
TRUE NAME FOR DEFENDANT DOE 1 – 11-cv-01817 SC