1  CONNON WOOD SCHEIDEMANTLE LLP
   NICHOLAS P. CONNON, State Bar No. 150815
2  nconnon@connonwood.com
   ROBERT A. de BY, admitted Pro Hac Vice
3  rdeby@connonwood.com
   EDWARD S. PAK, State Bar No. 271853
4  epak@connonwood.com
   35 East Union Street, Suite C
5  Pasadena, California 91103
   Telephone:    (626) 638-1750
6  Facsimile:    (626) 792-9304

7  Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

8  FREUND & BRACKEY LLP
   THOMAS A. BRACKEY II, State Bar No. 162279
9  tbrackey@freundandbrackey.com
   CRAIG A. HUBER, State Bar No. 159763
10 cahuber@freundandbrackey.com
   STEPHEN P. CRUMP, State Bar No. 251712
11 scrump@freundandbrackey.com
   427 North Camden Drive
12 Beverly Hills, CA 90210
   Telephone:    (310) 247-2165
13 Facsimile:    (310) 247-2190

14 Attorneys for Defendant Margaret Goodman Reid

15                    **UNITED STATES DISTRICT COURT**

16       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17

18 | GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |

19 |         Plaintiff, | *[Assigned to the Honorable Samuel Conti]* |

20 |            vs. | **JOINT NOTICE OF SETTLEMENT AND REQUEST THAT REQUEST FOR** |

21 | MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), | **ENTRY OF DISMISSAL BE FILED BY JULY 15, 2012 TO PERMIT CERTAIN** |

22 | AND JOHN/JANE DOES 1-20 | **TERMS OF THE SETTLEMENT TO BE SATISFIED; FURTHER REQUEST TO** |

23 |         Defendants. | **VACATE PENDING DEADLINES** |

24 | | JUDGE: Hon. Samuel Conti |

25

26     NOTICE IS HEREBY GIVEN by the parties that they have reached an agreement to settle

27 this case in its entirety, and they are currently finalizing the settlement agreement. Under the

28 terms of the settlement, the parties are requesting that this Court to retain jurisdiction over the

1  action until July 15, 2012 in order for certain terms of the settlement to be satisfied.  When certain
2  terms of the settlement are satisfied, which should be by June 30, 2012, Plaintiff will thereafter file
3  a request for entry of dismissal.  Alternatively, if the terms of the settlement are not satisfied,
4  Plaintiff will file a motion to vacate the deadline to file its request for entry of dismissal and such
5  motion will be filed by July 15, 2012.

6        Request is further made that all pending deadlines in this case be vacated, including the
7  trial date of May 30, 2012.

8

9  DATED: February 17, 2012          CONNON WOOD SCHEIDEMANTLE LLP
                                     NICHOLAS P. CONNON
10

11

12                                   By: _____

13                                      NICHOLAS P. CONNON
                                        Attorneys for Plaintiff Guards Polo Club Holdings
14                                      Ltd.

15  DATED: February 17, 2012          FREUND & BRACKEY LLP
                                      THOMAS A. BRACKEY II
16

17

18                                   By: _____

19                                      THOMAS A. BRACKEY II
                                        Attorneys for Defendant Margaret Goodman Reid
20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT – 11-cv-01817 SC

1 | CONNON WOOD SCHEIDEMANTLE LLP
  | NICHOLAS P. CONNON, State Bar No. 150815
2 | nconnon@connonwood.com
  | ROBERT A. de BY, admitted Pro Hac Vice
3 | rdeby@connonwood.com
  | EDWARD S. PAK, State Bar No. 271853
4 | epak@connonwood.com
  | 35 East Union Street, Suite C
5 | Pasadena, California 91103
  | Telephone:    (626) 638-1750
6 | Facsimile:    (626) 792-9304

7 | Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

8 | FREUND & BRACKEY LLP
  | THOMAS A. BRACKEY II, State Bar No. 162279
9 | tbrackey@freundandbrackey.com
  | CRAIG A. HUBER, State Bar No. 159763
10 | cahuber@freundandbrackey.com
   | STEPHEN P. CRUMP, State Bar No. 251712
11 | scrump@freundandbrackey.com
   | 427 North Camden Drive
12 | Beverly Hills, CA 90210
   | Telephone:    (310) 247-2165
13 | Facsimile:    (310) 247-2190

14 | Attorneys for Defendant Margaret Goodman Reid

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17 |

| | |
|---|---|
| 18  GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| 19  Plaintiff, | *[Assigned to the Honorable Samuel Conti]* |
| 20  vs. | **[PROPOSED] ORDER RE JOINT NOTICE OF SETTLEMENT** |
| 21  MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), | **SUBMITTED BY THE PARTIES AND VACATION OF PENDING DEADLINES** |
| 22  AND JOHN/JANE DOES 1-20 | **AND MAY 30, 2012 TRIAL DATE** |
| 23  Defendants. | JUDGE: Hon. Samuel Conti |

24
25
26
27
28

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT – 11-cv-01817 SC

1    The Court has been advised that the parties have reached an agreement to settle this case in

2    its entirety and are currently finalizing the settlement agreement, with certain terms to be satisfied

3    by June 30, 2012.

4    IT IS ORDERED that Plaintiff shall file a request for entry of dismissal by July 15, 2012,

5    or alternatively, file a motion to vacate this order in the event settlement is not consummated and

6    certain terms of the settlement are not satisfied.

7    IT IS FURTHER ORDERED that all pending deadlines are hereby vacated, including the

8    trial date of May 30, 2012.

9

10   DATED: February __ 2012

     Judge Samuel Conti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT – 11-cv-01817 SC