CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
nconnon@connonwood.com
ROBERT A. de BY, admitted Pro Hac Vice
rdeby@connonwood.com
EDWARD S. PAK, State Bar No. 271853
epak@connonwood.com
35 East Union Street, Suite C
Pasadena, California 91103
Telephone: (626) 638-1750
Facsimile: (626) 792-9304

Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II, State Bar No. 162279
tbrackey@freundandbrackey.com
CRAIG A. HUBER, State Bar No. 159763
cahuber@freundandbrackey.com
STEPHEN P. CRUMP, State Bar No. 251712
scrump@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Telephone: (310) 247-2165
Facsimile: (310) 247-2190

Attorneys for Defendant Margaret Goodman Reid

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 <br><br> Defendants. | CASE NO. 11-cv-01817 SC <br><br> *[Assigned to the Honorable Samuel Conti]* <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST THAT REQUEST FOR ENTRY OF DISMISSAL BE FILED BY JULY 15, 2012 TO PERMIT CERTAIN TERMS OF THE SETTLEMENT TO BE SATISFIED; FURTHER REQUEST TO VACATE PENDING DEADLINES** <br><br> JUDGE: Hon. Samuel Conti |

NOTICE IS HEREBY GIVEN by the parties that they have reached an agreement to settle this case in its entirety, and they are currently finalizing the settlement agreement. Under the terms of the settlement, the parties are requesting that this Court to retain jurisdiction over the

action until July 15, 2012 in order for certain terms of the settlement to be satisfied. When certain terms of the settlement are satisfied, which should be by June 30, 2012, Plaintiff will thereafter file a request for entry of dismissal. Alternatively, if the terms of the settlement are not satisfied, Plaintiff will file a motion to vacate the deadline to file its request for entry of dismissal and such motion will be filed by July 15, 2012.

Request is further made that all pending deadlines in this case be vacated, including the trial date of May 30, 2012.

DATED: February 17, 2012

CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON

By: _____
NICHOLAS P. CONNON
Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

DATED: February 17, 2012

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II

By: _____
THOMAS A. BRACKEY II
Attorneys for Defendant Margaret Goodman Reid

| | |
|---|---|
| 1 | CONNON WOOD SCHEIDEMANTLE LLP |
| | NICHOLAS P. CONNON, State Bar No. 150815 |
| 2 | nconnon@connonwood.com |
| | ROBERT A. de BY, admitted Pro Hac Vice |
| 3 | rdeby@connonwood.com |
| | EDWARD S. PAK, State Bar No. 271853 |
| 4 | epak@connonwood.com |
| | 35 East Union Street, Suite C |
| 5 | Pasadena, California 91103 |
| | Telephone:   (626) 638-1750 |
| 6 | Facsimile:   (626) 792-9304 |
| 7 | Attorneys for Plaintiff Guards Polo Club Holdings Ltd. |
| 8 | FREUND & BRACKEY LLP |
| | THOMAS A. BRACKEY II, State Bar No. 162279 |
| 9 | tbrackey@freundandbrackey.com |
| | CRAIG A. HUBER, State Bar No. 159763 |
| 10 | cahuber@freundandbrackey.com |
| | STEPHEN P. CRUMP, State Bar No. 251712 |
| 11 | scrump@freundandbrackey.com |
| | 427 North Camden Drive |
| 12 | Beverly Hills, CA 90210 |
| | Telephone:   (310) 247-2165 |
| 13 | Facsimile:   (310) 247-2190 |
| 14 | Attorneys for Defendant Margaret Goodman Reid |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | [*Assigned to the Honorable Samuel Conti*] |
| vs. | [PROPOSED] ORDER RE JOINT NOTICE OF SETTLEMENT SUBMITTED BY THE PARTIES AND VACATION OF PENDING DEADLINES AND MAY 30, 2012 TRIAL DATE |
| MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 | |
| Defendants. | JUDGE: Hon. Samuel Conti |

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT – 11-cv-01817 SC

1     The Court has been advised that the parties have reached an agreement to settle this case in
2 its entirety and are currently finalizing the settlement agreement, with certain terms to be satisfied
3 by June 30, 2012.
4     IT IS ORDERED that Plaintiff shall file a request for entry of dismissal by July 15, 2012,
5 or alternatively, file a motion to vacate this order in the event settlement is not consummated and
6 certain terms of the settlement are not satisfied.
7     IT IS FURTHER ORDERED that all pending deadlines are hereby vacated, including the
8 trial date of May 30, 2012.

10 DATED: February 21, 2012

                                           Judge Samuel Conti