1  CONNON WOOD SCHEIDEMANTLE LLP
   NICHOLAS P. CONNON, State Bar No. 150815
2  nconnon@connonwood.com
   ROBERT A. de BY, admitted Pro Hac Vice
3  rdeby@connonwood.com
   EDWARD S. PAK, State Bar No. 271853
4  epak@connonwood.com
   35 East Union Street, Suite C
5  Pasadena, California 91103
   Telephone: (626) 638-1750
6  Facsimile: (626) 792-9304

7  Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

8  FREUND & BRACKEY LLP
   THOMAS A. BRACKEY II, State Bar No. 162279
9  tbrackey@freundandbrackey.com
   CRAIG A. HUBER, State Bar No. 159763
10 cahuber@freundandbrackey.com
   STEPHEN P. CRUMP, State Bar No. 251712
11 scrump@freundandbrackey.com
   427 North Camden Drive
12 Beverly Hills, CA 90210
   Telephone: (310) 247-2165
13 Facsimile: (310) 247-2190

14 Attorneys for Defendant Margaret Goodman Reid

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | [*Assigned to the Honorable Samuel Conti*] |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 | JUDGE: Hon. Samuel Conti |
| Defendants. | |

Plaintiff Guards Polo Club Holdings Ltd. and Defendant Megan Goodman Reid (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request this matter to be dismissed, WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Parties have executed and entered into a settlement agreement that

1  provides for dismissal of this entire action without prejudice, and with each party bearing its own
2  costs, fees, and expenses, including attorneys' fees, with this dismissal.
3
4  DATED: March 28, 2012               CONNON WOOD SCHEIDEMANTLE LLP
5                                     NICHOLAS P. CONNON
6
7                                     By: *M-P.Z* (signature)
8                                         NICHOLAS P. CONNON
                                          Attorneys for Plaintiff Guards Polo Club Holdings
9                                         Ltd.
10 DATED: March 28, 2012
11                                     FREUND & BRACKEY LLP
                                       THOMAS A. BRACKEY II
12
13
14                                     By: (signature)
                                          THOMAS A. BRACKEY II / Stephen Crump
15                                        Attorneys for Defendant Margaret Goodman Reid
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | CONNON WOOD SCHEIDEMANTLE LLP |
| | NICHOLAS P. CONNON, State Bar No. 150815 |
| 2 | nconnon@connonwood.com |
| | ROBERT A. de BY, admitted Pro Hac Vice |
| 3 | rdeby@connonwood.com |
| | EDWARD S. PAK, State Bar No. 271853 |
| 4 | epak@connonwood.com |
| | 35 East Union Street, Suite C |
| 5 | Pasadena, California 91103 |
| | Telephone: (626) 638-1750 |
| 6 | Facsimile: (626) 792-9304 |
| 7 | Attorneys for Plaintiff Guards Polo Club Holdings Ltd. |
| 8 | FREUND & BRACKEY LLP |
| | THOMAS A. BRACKEY II, State Bar No. 162279 |
| 9 | tbrackey@freundandbrackey.com |
| | CRAIG A. HUBER, State Bar No. 159763 |
| 10 | cahuber@freundandbrackey.com |
| | STEPHEN P. CRUMP, State Bar No. 251712 |
| 11 | scrump@freundandbrackey.com |
| | 427 North Camden Drive |
| 12 | Beverly Hills, CA 90210 |
| | Telephone: (310) 247-2165 |
| 13 | Facsimile: (310) 247-2190 |
| 14 | Attorneys for Defendant Margaret Goodman Reid |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | [*Assigned to the Honorable Samuel Conti*] |
| vs. | [~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION |
| MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 | JUDGE: Hon. Samuel Conti |
| Defendants. | |

1  IT IS SO ORDERED that the Court has reviewed the Parties' Stipulation to Dismiss Entire
2  Action Without Prejudice and, pursuant to Federal Rule of Civil Procedure 41, the court orders the
3  current action to be dismissed without prejudice.

    April 2, 2012
6  DATED: ~~March __, 2012~~



_____
Judge S...
Judge Samuel Conti