CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
nconnon@connonwood.com
ROBERT A. de BY, admitted Pro Hac Vice
rdeby@connonwood.com
EDWARD S. PAK, State Bar No. 271853
epak@connonwood.com
35 East Union Street, Suite C
Pasadena, California  91103
Telephone:	(626) 638-1750
Facsimile:	(626) 792-9304

Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II, State Bar No. 162279
tbrackey@freundandbrackey.com
CRAIG A. HUBER, State Bar No. 159763
cahuber@freundandbrackey.com
STEPHEN P. CRUMP, State Bar No. 251712
scrump@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Telephone:	(310) 247-2165
Facsimile:	(310) 247-2190

Attorneys for Defendant Margaret Goodman Reid

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | *[Assigned to the Honorable Samuel Conti]* |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 | JUDGE: Hon. Samuel Conti |
| Defendants. | |

Plaintiff Guards Polo Club Holdings Ltd. and Defendant Megan Goodman Reid (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request this matter to be dismissed, WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The Parties have executed and entered into a settlement agreement that

provides for dismissal of this entire action without prejudice, and with each party bearing its own costs, fees, and expenses, including attorneys' fees, with this dismissal.

DATED: March 28, 2012

CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON

By: *M-P.Z* (signature)

NICHOLAS P. CONNON
Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

DATED: March 28, 2012

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II

By: (signature)

THOMAS A. BRACKEY II / Stephen Crump
Attorneys for Defendant Margaret Goodman Reid

-2-
STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE – 11-cv-01817 SC

CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
nconnon@connonwood.com
ROBERT A. de BY, admitted Pro Hac Vice
rdeby@connonwood.com
EDWARD S. PAK, State Bar No. 271853
epak@connonwood.com
35 East Union Street, Suite C
Pasadena, California 91103
Telephone: (626) 638-1750
Facsimile: (626) 792-9304

Attorneys for Plaintiff Guards Polo Club Holdings Ltd.

FREUND & BRACKEY LLP
THOMAS A. BRACKEY II, State Bar No. 162279
tbrackey@freundandbrackey.com
CRAIG A. HUBER, State Bar No. 159763
cahuber@freundandbrackey.com
STEPHEN P. CRUMP, State Bar No. 251712
scrump@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Telephone: (310) 247-2165
Facsimile: (310) 247-2190

Attorneys for Defendant Margaret Goodman Reid

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDS POLO CLUB HOLDINGS LTD., | CASE NO. 11-cv-01817 SC |
| Plaintiff, | *[Assigned to the Honorable Samuel Conti]* |
| vs. | [PROPOSED] ORDER OF DISMISSAL OF ACTION |
| MEGAN GOODMAN REID, MICHAEL KOSKIE (a/k/a MICHAEL MCGREGOR), AND JOHN/JANE DOES 1-20 | JUDGE: Hon. Samuel Conti |
| Defendants. | |

1       IT IS SO ORDERED that the Court has reviewed the Parties' Stipulation to Dismiss Entire
2 Action Without Prejudice and, pursuant to Federal Rule of Civil Procedure 41, the court orders the
3 current action to be dismissed without prejudice.

4

5       April 2, 2012
6 DATED: ~~March __, 2012~~                    _____
7                                                  Judge S

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*